# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMALIA CRINA KLINE,　　　　　　　:　Civil No. 3:19-cv-972

　　　　Petitioner　　　　　　　　　:　(Judge Mariani)

v.　　　　　　　　　　　　　　　　　:

SCI-MUNCY DEPARTMENT OF　　　　:
CORRECTIONS, et al.,　　　　　　　:

　　　　Respondents　　　　　　　　:

## ORDER

**AND NOW,** this ___10th___ day of June, 2019, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is left to the discretion of the transferee court.

3. The Clerk of Court is further directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　／s／ Robert D. Mariani
　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　United States District Judge

FILED
SCRANTON
JUN 10 2019
PER _____
DEPUTY CLERK